**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARIA ELIZABETH SOTO, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 4:14cv115 |
| OCWEN LOAN SERVICING, LLC, | § § § | Judge Clark/Judge Mazzant |
| *Defendant.* | § | |

## ORDER

Before the court is the parties' Joint Motion for Dismissal of Claims with Prejudice [Doc. #13]. In the motion, the parties move for dismissal of all claims with prejudice.

It is **ORDERED** that the Joint Motion for Dismissal of Claims with Prejudice [Doc. #13] is **GRANTED**. The court further **ORDERS** that all claims that Plaintiff has asserted, or that could have been asserted, in this action against Defendant, are dismissed with prejudice to the refiling of same. All taxable costs and fees in this action shall be borne by the party incurring same.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **12** day of **May, 2014.**

_____
Ron Clark, United States District Judge

1